NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3038

### STEPHANIE S.K.C. TOYAMA,

Petitioner,

v.

### Michael O. Leavitt, SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent.

Petition for review of the Merit Systems Protection Board
in case no. SE0752030358-M-1.

ON MOTION

ORDER

Upon consideration of the appellant's motion for a 60-day extension of time, until February 26, 2010, to file her opening brief,

IT IS ORDERED THAT:

The motion is granted. Further extensions should not be anticipated.

FOR THE COURT

**DEC 1 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Stephanie S.K. C. Toyama (informal brief form enclosed)
     Eric Bruskin, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 8 2009

JAN HORBALY
CLERK